IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> HERITAGE VALLEY HEALTH SYSTEM, INC. d/b/a HERITAGE VALLEY SEWICKLEY HOSPITAL, HERITAGE VALLEY BEAVER HOSPITAL, and HERITAGE VALLEY KENNEDY HOSPITAL; and HERITAGE VALLEY MULTISPECIALTY GROUP, INC., <br><br> Defendants. | Civil Action No. 23-1044 |

## ORDER OF COURT

AND NOW, this 19th day of October, 2023, for the reasons set forth in the Memorandum Opinion filed herewith, IT IS HEREBY ORDERED that Plaintiff's Motion to Remand (Docket No. 9) is granted, and this case is remanded to the Court of Common Pleas of Beaver County, Pennsylvania.

The Clerk of Court shall mark this case closed.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record